# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

DIRECT REPLY TO:

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov



RECEIVED BY MAIL
NOV 25 2005
U.S. DISTRICT COURT
EASTERN DISTRICT

November 21, 2005

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Re: MDL-1699-- In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation

(See Attached CTO- 3)

Dear Mr. Wieking:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on November 3, 2005. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By Dana L. Stewart
Deputy Clerk

Attachment

cc: Transferee Judge: Judge Charles R. Breyer
    Transferor Judge: (See Attached List of Judges)
    Transferor Clerk: (See Attached List of Clerks)

JPML Form 36

DOCKET NO. 1699

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

*(SEE ATTACHED SCHEDULE)*

### CONDITIONAL TRANSFER ORDER (CTO-3)

On September 6, 2005, the Panel transferred 30 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 100 additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of September 6, 2005, ___ F. Supp. 2d ___ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

NOV 2 1 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-3 - TAG-ALONG ACTIONS
# DOCKET NO. 1699
# IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND
# PRODUCTS LIABILITY LITIGATION

**DIST. DIV. C.A. #**         **CASE CAPTION**

ALABAMA MIDDLE
~~ALM 2 05-824~~         ~~Katie Thomas v. Pfizer, Inc., et al.~~         Opposed 11/18/05
~~ALM 2 05-832~~         ~~Rosa M. Nelson v. Pfizer, Inc., et al.~~         Opposed 11/18/05
~~ALM 2 05-841~~         ~~Ozzie Jackson v. Pfizer, Inc., et al.~~         Opposed 11/18/05
~~ALM 2 05-941~~         ~~William Randolph Hall, Sr., etc. v. Pfizer, Inc., et al.~~ Opposed 11/18/05

ALABAMA NORTHERN
ALN 4 05-2041         Kimberly Campbell, etc. v. Pfizer, Inc., et al.
ALN 7 05-1280         Samanthia Russell v. G.D. Searle, LLC, et al.

ALABAMA SOUTHERN
ALS 2 05-542          Ann Beverly, etc. v. Pfizer, Inc., et al.

ARKANSAS EASTERN
ARE 4 05-1279         Claude Griffin v. Pfizer, Inc.

FLORIDA MIDDLE
FLM 6 05-1425         Diane Marshall, etc. v. Pfizer, Inc., et al.

FLORIDA SOUTHERN
FLS 1 05-22483        Joan H. Grimsley v. Pfizer, Inc.

ILLINOIS SOUTHERN
ILS 3 05-706          Juanita Allen, et al. v. Pfizer, Inc., et al.

KANSAS
KS 2 05-2337          Elizabeth Winlaw, etc. v. Pharmacia & Upjohn Co., et al.

KENTUCKY WESTERN
~~KYW 3 05-598~~         ~~Roger G. Ewing v. Pfizer, Inc.~~     Opposed 11/17/05
KYW 5 05-193          James Hill v. Pfizer, Inc.

LOUISIANA EASTERN
LAE 2 05-1873         Albert Stockfelt, et al. v. Pfizer, Inc.
LAE 2 05-2114         Sandy Kenny v. Pfizer, Inc.
LAE 2 05-2138         Ronald P. Lockwood v. Pfizer, Inc.
~~LAE 2 05-2436~~         ~~Raymond Audler, et al. v. Pfizer, Inc., et al.~~     Opposed 11/21/05
LAE 2 05-3669         Philip Burnson, Jr., et al. v. Pfizer, Inc.
LAE 2 05-3977         Charles C. Foti, Jr., et al. v. Pfizer, Inc.
LAE 2 05-4214         Cafray Richard, et al. v. Pfizer, Inc.

MINNESOTA
MN 0 05-2306          Margaret Allen, et al. v. Pfizer, Inc.
MN 0 05-2326          Robert Wilson v. Pfizer, Inc.

**DIST. DIV. C.A. #**              **CASE CAPTION**

MISSOURI EASTERN
- MOE 1  05-165 LMB           Vernice T. Brasher v. Pfizer, Inc., et al.
- ~~MOE 4  05-1302 CAS~~       ~~Vern Bowers v. Pfizer, Inc., et al.~~          Opposed 11/18/05
- MOE 4  05-1343 SNL          Donald Cross, et al. v. G.D. Searle, LLC, et al.
- MOE 4  05-1601 HEA          Leo L. Koester, et al. v. Pfizer, Inc., et al.
- ~~MOE 4  05-1602 CAS~~       ~~Georgette Asbury v. Pharmacia Corp., et al.~~    Opposed 11/21/05
- ~~MOE 4  05-1603 CAS~~       ~~Brenda Bryan v. Monsanto Co., et al.~~           Opposed 11/21/05
- ~~MOE 4  05-1604 CEJ~~       ~~Frances D. Bangs v. Pharmacia Corp., et al.~~    Opposed 11/21/05
- ~~MOE 4  05-1605 ERW~~       ~~J.C. Bunch v. Pharmacia Corp., et al.~~          Opposed 11/21/05
- ~~MOE 4  05-1606 ERW~~       ~~Kathy Dimick v. Pharmacia Corp., et al.~~        Opposed 11/21/05
- ~~MOE 4  05-1607 HEA~~       ~~Marla Harper v. Monsanto Co., et al.~~           Opposed 11/21/05
- ~~MOE 4  05-1608 CEJ~~       ~~Beverly Mitchell v. Monsanto Co., et al.~~       Opposed 11/21/05
- ~~MOE 4  05-1609 CDP~~       ~~Sonja Mooberry v. Monsanto Co., et al.~~         Opposed 11/21/05
- ~~MOE 4  05-1610 ERW~~       ~~Helen Zdrakovich v. Pfizer, Inc., et al.~~       Opposed 11/21/05
- ~~MOE 4  05-1611 CDP~~       ~~Jewell Allen v. Pfizer, Inc., et al.~~           Opposed 11/21/05
- ~~MOE 4  05-1612 ERW~~       ~~John Beaber v. Pfizer, Inc., et al.~~            Opposed 11/21/05
- ~~MOE 4  05-1613 ERW~~       ~~Leonard Berry v. Pfizer, Inc., et al.~~          Opposed 11/21/05
- ~~MOE 4  05-1614 HEA~~       ~~Rogelio Caldera v. Pfizer, Inc., et al.~~        Opposed 11/21/05
- ~~MOE 4  05-1615 CAS~~       ~~Sybil Ball v. Monsanto Co., et al.~~             Opposed 11/21/05
- ~~MOE 4  05-1617 CAS~~       ~~Henry Cooper v. Pfizer, Inc., et al.~~           Opposed 11/21/05
- ~~MOE 4  05-1619 CDP~~       ~~Eugene Clervi v. Pfizer, Inc., et al.~~          Opposed 11/21/05
- ~~MOE 4  05-1620 CAS~~       ~~Alberta Cox v. Pfizer, Inc., et al.~~            Opposed 11/21/05
- ~~MOE 4  05-1621 ERW~~       ~~Linda Douglas v. Pfizer, Inc., et al.~~          Opposed 11/21/05
- ~~MOE 4  05-1622 CEJ~~       ~~Robert Gordon v. Pfizer, Inc., et al.~~          Opposed 11/21/05
- ~~MOE 4  05-1623 CAS~~       ~~Betty Jo Green v. Pfizer, Inc., et al.~~         Opposed 11/21/05
- ~~MOE 4  05-1624 CAS~~       ~~Hazel Humphrey v. Pfizer, Inc., et al.~~         Opposed 11/21/05
- ~~MOE 4  05-1625 HEA~~       ~~Rudean Hurt v. Pfizer, Inc., et al.~~            Opposed 11/21/05
- ~~MOE 4  05-1626 ERW~~       ~~Robert Kraemer v. Pfizer, Inc., et al.~~         Opposed 11/21/05
- ~~MOE 4  05-1627 CAS~~       ~~Brenda Mahone v. Pfizer, Inc., et al.~~          Opposed 11/21/05
- ~~MOE 4  05-1628 CEJ~~       ~~Leonard Mask v. Pfizer, Inc., et al.~~           Opposed 11/21/05
- ~~MOE 4  05-1629 CAS~~       ~~Dolores McNearney v. Pfizer, Inc., et al.~~      Opposed 11/21/05
- ~~MOE 4  05-1630 ERW~~       ~~Daniel Moser v. Pfizer, Inc., et al.~~           Opposed 11/21/05
- ~~MOE 4  05-1631 CEJ~~       ~~Dolly Peterson v. Pfizer, Inc., et al.~~         Opposed 11/21/05
- ~~MOE 4  05-1632 CEJ~~       ~~Lilly Pierce v. Pfizer, Inc., et al.~~           Opposed 11/21/05
- ~~MOE 4  05-1633 CDP~~       ~~Timothy Tarpley v. Pfizer, Inc., et al.~~        Opposed 11/21/05
- ~~MOE 4  05-1634 CEJ~~       ~~William Washington v. Pfizer, Inc., et al.~~     Opposed 11/21/05
- ~~MOE 4  05-1635 HEA~~       ~~Helen Webb v. Pfizer, Inc., et al.~~             Opposed 11/21/05
- ~~MOE 4  05-1636 CDP~~       ~~Raymond Winn v. Pfizer, Inc., et al.~~           Opposed 11/21/05
- ~~MOE 4  05-1637 HEA~~       ~~Jack Backowski v. Monsanto Co., et al.~~         Opposed 11/21/05
- ~~MOE 4  05-1638 CEJ~~       ~~Sandy Jeffers v. Monsanto Co., et al.~~          Opposed 11/21/05
- ~~MOE 4  05-1639 HEA~~       ~~Billy Tarlton Lafoon, Jr. v. Pharmacia Corp., et al.~~  Opposed 11/21/05
- ~~MOE 4  05-1640 CEJ~~       ~~Patty Welch v. Pfizer, Inc., et al.~~            Opposed 11/21/05
- ~~MOE 4  05-1641 HEA~~       ~~Teresa Whitledge v. G.D. Searle, LLC, et al.~~   Opposed 11/21/05
- ~~MOE 4  05-1642 CDP~~       ~~Donna Alubur v. Monsanto Co., et al.~~           Opposed 11/21/05
- ~~MOE 4  05-1643 CEJ~~       ~~Sharlene Border v. Monsanto Co., et al.~~        Opposed 11/21/05
- ~~MOE 4  05-1644 CAS~~       ~~Charles Bruun v. G.D. Searle, LLC, et al.~~      Opposed 11/21/05
- ~~MOE 4  05-1645 CEJ~~       ~~Tireta Johnson v. Monsanto Co., et al.~~         Opposed 11/21/05
- ~~MOE 4  05-1646 CAS~~       ~~Tina McCoy v. Monsanto Co., et al.~~             Opposed 11/21/05
- ~~MOE 4  05-1647 HEA~~       ~~Evelina Anderson, et al. v. Monsanto Co., et al.~~  Opposed 11/21/05
- ~~MOE 4  05-1648 ERW~~       ~~Deborah Caywood, et al. v. Monsanto Co., et al.~~  Opposed 11/21/05
- ~~MOE 4  05-1649 HEA~~       ~~Don Stobbe v. Monsanto Co., et al.~~             Opposed 11/21/05
- ~~MOE 4  05-1650 ERW~~       ~~Stephanie Shearer v. Monsanto Co., et al.~~      Opposed 11/21/05
- ~~MOE 4  05-1651 HEA~~       ~~John Cogle v. Monsanto Co., et al.~~             Opposed 11/21/05
- ~~MOE 4  05-1652 CEJ~~       ~~Thomas DeVault v. Monsanto Co., et al.~~         Opposed 11/21/05
- ~~MOE 4  05-1653 CEJ~~       ~~James Dougan v. Monsanto Co., et al.~~           Opposed 11/21/05
- ~~MOE 4  05-1654 ERW~~       ~~Margaret Hamilton v. Monsanto Co., et al.~~      Opposed 11/21/05
- ~~MOE 4  05-1655 ERW~~       ~~Wanda Newport v. Monsanto Co., et al.~~          Opposed 11/21/05

**DIST. DIV. C.A. #**         **CASE CAPTION**

~~MOE 4 05-1656~~ HEA         ~~Phyllis Taylor v. Monsanto Co., et al.~~         Opposed 11/21/05
~~MOE 4 05-1657~~ CDP         ~~Thomas Nolan v. Monsanto Co., et al.~~           Opposed 11/21/05
~~MOE 4 05-1658~~ ERW         ~~Barbara Singleton v. Monsanto Co., et al.~~      Opposed 11/21/05
~~MOE 4 05-1659~~ ERW         ~~Judy McRoberts v. Pfizer, Inc., et al.~~         Opposed 11/21/05
~~MOE 4 05-1660~~ CEJ         ~~Carol Snowbarger v. Monsanto Co., et al.~~       Opposed 11/21/05
~~MOE 4 05-1661~~ HEA         ~~William Stutz v. Monsanto Co., et al.~~          Opposed 11/21/05
~~MOE 4 05-1662~~ CEJ         ~~Margaret White v. Monsanto Co., et al.~~         Opposed 11/21/05
~~MOE 4 05-1663~~ CDP         ~~Edward Wilt v. Monsanto Co., et al.~~            Opposed 11/21/05
~~MOE 4 05-1664~~ CDP         ~~Ardella Heckman v. Monsanto Co., et al.~~        Opposed 11/21/05
MOE 4 05-1774 RWS             Tresa J. Abney v. Pfizer, Inc., et al.

**MISSOURI WESTERN**
- MOW 2 05-4314    Linda M. Salas v. Pfizer, Inc.
- MOW 4 05-855     William Banning, et al. v. Pfizer, Inc.
- MOW 4 05-856     Mary McKinney v. Pfizer, Inc.
- MOW 4 05-857     Phillip Kanngiesser, et al. v. Pfizer, Inc.
- MOW 4 05-858     John Ryan, et al. v. Pfizer, Inc.
- MOW 4 05-958     Maisie Cavanah, et al. v. Pfizer, Inc.
- MOW 4 05-959     Barbara Goddard, et al. v. Pfizer, Inc.
- MOW 6 05-3455    Ron M. Lipe v. Pfizer, Inc., et al.

**MISSISSIPPI SOUTHERN**
- MSS 1 05-256     Kathleen Cote, etc. v. G.D. Searle, LLC, et al.
- MSS 1 05-397     Margaret Stockert v. Pharmacia Corp., et al.
- MSS 2 03-247     Leona McFarland, et al. v. Merck & Co., Inc., et al.
- MSS 2 03-249     Bettye J. Magee, et al. v. Merck & Co., Inc., et al.
- MSS 2 05-128     Hugh Rankin Collins, et al. v. Pharmacia Corp., et al.
- MSS 5 05-65      Velma L. Lee v. Pfizer, Inc.
- MSS 5 05-110     Ernest Lee Pennebaker, Jr. v. Pfizer, Inc.

**NEW JERSEY**
- NJ 2 05-3744     Roseanne Sachs, et al. v. Pfizer, Inc.

**NEW YORK SOUTHERN**
- NYS 1 05-7542    Cheryl Benford, et al. v. Pfizer, Inc.
- NYS 1 05-7543    Toni Skinner, et al. v. Pfizer, Inc.
- NYS 1 05-7544    Ronald Lipe, et al. v. Pfizer, Inc.
- NYS 1 05-8030    Henry Routh, et al. v. Pfizer, Inc., et al.
- NYS 1 05-8097    Maryann Sweeney, etc. v. Pfizer, Inc.
- NYS 1 05-8491    Marla Murphy v. Pfizer, Inc.

**OREGON**
- OR 3 05-1517     Linda Armstrong, et al. v. Pfizer, Inc.

**PENNSYLVANIA WESTERN**
- PAW 1 05-270     Priscilla M. Chetoni, et al. v. Pfizer, Inc.

**TEXAS EASTERN**
- TXE 1 05-641     Gerald Russell, et al. v. Pfizer, Inc.
- TXE 1 05-671     Martha Ward v. Pfizer, Inc., et al.
- TXE 1 05-672     James W. Betz, etc. v. Pfizer, Inc., et al.
- TXE 2 05-425     Donald Lynn Browne, et al. v. Pfizer, Inc.
- TXE 6 05-358     Mary Beth Hooper, etc. v. Pfizer, Inc., et al.

**TEXAS NORTHERN**
- TXN 3 05-736     Judy Jones, et al. v. Pfizer, Inc., et al.

**DIST. DIV. C.A. #**          **CASE CAPTION**

TEXAS SOUTHERN
   TXS 7 05-149          Santos Villarreal Layton v. Dario Arango, M.D., et al.

TEXAS WESTERN
   TXW 1 05-411          Robert Eugene German, et al. v. Pfizer, Inc.
   TXW 5 05-796          Sylvester Torres v. G.D. Searle & Co., et al.

UTAH
   UT  I  05-93          Dennis P. Jensen v. Pfizer, Inc.

**DIST. DIV. C.A. #**          **CASE CAPTION**

# INVOLVED COUNSEL LIST (CTO-3)
# DOCKET NO. 1699
# IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND
# PRODUCTS LIABILITY LITIGATION

T. Scott Allen
Cruse Scott Henderson & Allen, LLP
2777 Allen Parkway, 7th Floor
Houston, TX 77019

John A. Anderson
Stoel Rives, LLP
201 South Main Street
Suite 1100
Salt Lake City, UT 84111-4904

Bryan F. Aylstock
Aylstock Witkin & Sasser
55 Baybridge Drive
Gulf Breeze, FL 32561

Blake H. Bailey
Bailey Law Firm
112 South Broadway
Tyler, TX 75702

Charles F. Barrett
Barrett Law Office, P.A.
One Burton Hill Boulevard, Suite 380
Nashville, TN 37215

Don Barrett
Barrett Law Office, P.A.
404 Court Square North
P.O. Box 987
Lexington, MS 39095-0987

Daniel E. Becnel, Jr.
Law Offices of Daniel E. Becnel, Jr.
106 West Seventh Street
P.O. Drawer H
Reserve, LA 70084-2095

Keith T. Belt, Jr.
Bohanan & Belt, PC
2151 Highland Avenue, Suite 310
Birmingham, AL 35205

Leslie A. Benitez
Clark, Thomas & Winters
P.O. Box 1148
Austin, TX 78767-1148

Scott S. Bethune
Davis, Bethune & Jones, LLC
1100 Main Street
2930 City Center Square
Kansas City, MO 64105

Andy D. Birchfield, Jr.
Beasley, Allen, Crow, Methvin, Portis & Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Jane Elizabeth Bockus
Clark Thomas & Winters
McCombs Plaza, Suite 165
755 East Mulberry
San Antonio, TX 78212

J. Trenton Bond
Reaud, Morgan & Quinn, LLP
801 Laurel Street, P.O. Box 26005
Beaumont, TX 77720-6005

Walter H. Boone
Forman, Perry, Watkins, et al.
P.O. Box 22608
Jackson, MS 39225-2608

Jeffrey A. Bowersox
Savage, Bowersox, Supperstein, LLP
620 S.W. Fifth Avenue, Suite 1125
Portland, OR 97204

Carol D. Browning
Stites & Harbison
400 West Market Street, Suite 1800
Louisville, KY 40202-3352

Stephen W. Burrow
Williams, Heidelberg, et al.
P.O. Box 1407
Pascagoula, MS 39568-1407

Evan D. Buxner
Walther Glenn Law Associates
1034 South Brentwood Blvd., Ste. 1300
St. Louis, MO 63117

Elizabeth J. Cabraser
Lieff, Cabraser, Heimann & Bernstein
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

John C. Calhoun
Hilburn, Calhoon, Harper, Pruniski & Calhoun, Ltd.
P.O. Box 5551
800 U.S. Bank Building
N. Little Rock, AR 72119-5551

Rodney G. Cater
Cater & Willis
3723 Canal St.
New Orleans, LA 70190

Jay S. Ciaccio
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

Joseph S. Cohen
Beirne, Maynard & Parsons
1300 Post Oak Blvd., Suite 2500
Houston, TX 77056-3000

John Michael Coleman
Copeland, Cook, Taylor & Bush
P. O. Box 6020
Ridgeland, MS 39158-6020

Joseph R. Colingo
Joseph R. Colingo Law Firm
707 Watts Avenue, P.O. Box 80
Pascagoula, MS 39568

Philip Francis Cossich, Jr.
Cossich, Sumich & Parsiola, LLC
P.O. Box 400
8056 Highway 23, Suite 200
Belle Chasse, LA 70037

William R. Couch
Deakle-Couch Law Firm
802 Main Street
P.O. Box 2072
Hattiesburg, MS 39401

C. York Craig, Jr.
Craig, Hester, Luke & Dodson
P.O. Box 12005
Jackson, MS 39236-2005

Mark Crampton
Crampton & Associates, P.C.
3755 South Capital of Texas Hwy.
Suite 200
Austin, TX 78704

Michael D'Lugo
Wicker, Smith, O'Hara, McCoy, Graham & Ford, P.A.
390 North Orange Avenue, Suite 1000
P.O. Box 2753
Orlando, FL 32802-2753

Grant L. Davis
Davis, Bethune & Jones, LLC
1100 Main Street
2930 City Center Square
Kansas City, MO 64105

Samuel L. Davis
Davis, Saperstein & Salomon, P.C.
375 Cedar Lane
Teaneck, NJ 07666

Charles A. Deacon
Fulbright & Jaworski, L.L.P.
300 Convent, Ste. 2200
San Antonio, TX 78205

Dimple Harendra Desai
Law Office of Dimple Harendra Desai
2901 City Place West Blvd., Suite 436
Dallas, TX 75204

Luke Dove
Dove & Chill
4266-I-55 North, Suite 108
Jackson, MS 39211

James V. Doyle, Jr.
K. Stephen Jackson, PC
Black Diamond Building
2229 First Avenue, North
Birmingham, AL 35203

James R. Dugan, II
Dugan & Brown, PLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130

Walter C. Dumas
Dumas & Associates
1263 Government Street
P.O. Box 1366
Baton Rouge, LA 70821-1366

Richard M. Edmonson
Armstrong Allen, PLLC
4450 Old Canton Road, Suite 210
Jackson, MS 39211

Kenneth J. Ferguson
Clark, Thomas & Winters
P.O. Box 1148
Austin, TX 78767-1148

Kenneth T. Fibich
Fibich, Hampton & Leebron, LLP
1401 McKinney, Suite 1800
Houston, TX 77010

Wendy Fleishman
Lieff, Cabraser, Heimann
& Bernstein, LLP
780 Third Avenue, 48th Floor
New York, NY 10017-2024

R. Allen Flowers
Flowers Law Firm
341 North 25th Avenue
Hattiesburg, MS 39401

Shawn G. Foster
Davis, Bethune & Jones, LLC
1100 Main Street, Suite 2390
Kansas City, MO 64105

Jack Michael Fribley
Faegre & Benson, LLP
2200 Wells Fargo Center
90 S. Seventh St.
Minneapolis, MN 55402-3901

Michael T. Gallagher
Gallagher Law Firm, P.C.
777 Walker Street, Suite 2500
Houston, TX 77002

Gary J. Gambel
Murphy, Rogers & Sloss
One Shell Square
701 Poydras Street, Suite 400
New Orleans, LA 70139

Alberto Tover Garcia, III
Law Office of Alberto T. Garcia, III
10125 North 10th Street, Suite E
McAllen, TX 78504

Edward W. Gerecke
Carlton Fields, P.A.
P.O. Box 3239
4221 West Boy Scout Blvd., Suite 1000
Tampa, FL 33601-3239

C. Edward Gibson, IV
Gibson Law Firm
P.O. Box 3493
Jackson, MS 39207-3493

Brad Goheen
Bryant & Kautz, P.S.C.
P.O. Box 1876
601 Washington Street
Paducah, KY 42002-1876

Tim K. Goss
Capshaw Goss & Bowers
3031 Allen St., Suite 200
Dallas, TX 75204

Shelby D. Goza
Hickman, Goza & Spragins, PLLC
P.O. Drawer 668
Oxford, MS 38655-0668

D. Collier Graham, Jr.
Wise, Carter, Child & Caraway
P.O. Box 651
Jackson, MS 39205-0651

Marvin Gros
807 Railroad Avenue
P.O. Box 1040
Donaldsville, LA 70346

Lawrence C. Gunn, Jr.
P.O. Box 1588
Hattiesburg, MS 39403-1588

Todd S. Hageman
Simon & Passanante, PC
701 Market Street, Suite 1450
St. Louis, MO 63101

L. Carl Hagwood
Wilkins, Stephens & Tipton, PA
P.O. Box 4537
Greenville, MS 38704-4537

Tianna S. Hill
Forman, Perry, Watkins, Krutz
& Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

Robert M. Hodges
Wise, Carter, Child & Caraway
P.O. Box 651
Jackson, MS 39205-0651

Jesse L. Howell, III
Copeland, Cook, Taylor & Bush, P.A.
200 Concourse, Suite 200
1062 Highland Colony Parkway
P.O. Box 6020
Ridgeland, MS 39158-6020

Brian Todd Hoyle
Brown McCarroll
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, TX 75606-3999

John F. Hughes
Wilkins, Stephens & Tipton
P.O. Box 13429
Jackson, MS 39236-3429

John Andrew Hutton
Clark Thomas & Winters
P. O. Box 1148
Austin, TX 78767-1148

Lynn W. Jinks, III
Jinks, Daniel & Crow, L.L.C.
P.O. Box 350
Union Springs, AL 36089-0350

Walter T. Johnson
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

Whitman B. Johnson, III
Currie, Johnson, Griffin, Gaines
& Myers
P.O. Box 750
Jackson, MS 39205-0750

Christy D. Jones
Butler, Snow, O'Mara, et al.
P.O. Box 22567
Jackson, MS 39225-2567

Harvey L. Kaplan
Shook, Hardy & Bacon
2555 Grand Boulevard
Kansas City, MO 64108-2613

Steven A. Karg
Norris, McLaughlin & Marcus, PA
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza, 12th Floor
New York, NY 10004-1482

Andrea B. Lamere
Schaeffer & Lamere, PC
5512 Godfrey Road, Suite B
Godfrey, IL 62035

Charles Lampin
Kell Lampin LLC
4700 Mexican Road
St. Peters, MO 63376

John W. Land
Bryan, Nelson, Randolph & Weathers
P.O. Drawer 18109
Hattiesburg, MS 39404-8109

Jeffrey D. Leathers
Greer, Pipkin, Russell, Dent & Leathers
P.O. Box 907
Tupelo, MS 38802

Carlene Rhodes Lewis
Goforth Lewis Sanford, LLP
1111 Bagby, Suite 2200
Houston, TX 77002

Michael A. London
Douglas & London
111 John Street, Suite 1400
New York, NY 10038

Jeffrey J. Lowe
Jeffrey J. Lowe, PC
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105

Gerry Lowry
Fulbright & Jaworski, L.L.P.
1301 McKinney Street, Suite 5100
Houston, TX 77010-3095

William O. Luckett, Jr.
Luckett Law Firm
P.O. Drawer 1000
Clarksdale, MS 38614-1000

Brian J. Madden
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112

Douglas Drew Malone
Armstrong Allen
4450 Old Canton Road, Suite 210
Jackson, MS 39236-4028

Collin Michael Maloney
Ireland, Carroll & Kelley
6101 S. Broadway, Suite 500
Tyler, TX 75703

F. Gerald Maples
F. Gerald Maples, PA
902 Julia Street
New Orleans, LA 70113

David P. Matthews
Abraham Watkins Nichols Sorrels
Matthews & Friend
800 Commerce Street
Houston, TX 77002-1776

Kenneth B. McClain
Humphrey, Farrington & McClain, P.C.
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64050

Andrew G. McCullough
Markow Walker, P.A.
599 Highland Colony Pkwy., Suite 100
Ridgeland, MS 39157

David M. McMullan, Jr.
Barrett Law Office, P.A.
404 Court Square North
P.O. Box 987
Lexington, MS 39095-0987

J. Leray McNamara
Copeland, Cook, Taylor & Bush, P.A.
200 Concourse, Suite 200
1062 Highland Colony Parkway
P.O. Box 6020
Ridgeland, MS 39158-6020

S. Kirk Milam
Hickman, Goza & Spragins, PLLC
P.O. Drawer 668
Oxford, MS 38655-0668

Christopher R. Miller
Humphrey, Farrington & McClain, P.C.
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64050

Anita K. Modak-Truran
Butler, Snow, O'Mara, Stevens
& Cannada, PLLC
P.O. Box 22567
Jackson, MS 39225-2567

Michael Chad Moore
Quintairos, Prieto, Wood & Boyer
125 South Congress Street, Suite 1650
Jackson, MS 39201

Stephen B. Murray
Murray Law Firm
909 Poydras Street
Suite 2550, LL&E Tower
New Orleans, LA 70112-4000

Eugene R. Naylor
Wise, Carter, Child & Caraway
600 Heritage Bldg.
401 East Capitol St., P.O. Box 651
Jackson, MS 39205-0651

Richard F. O'Malley, Jr.
Sidley, Austin, Brown & Wood, LLP
10 South Dearborn Street, 48th Floor
Chicago, IL 60603

Ann B. Oldfather
Oldfather & Morris
1330 South Third Street
Louisville, KY 40208

Rene O. Oliveira
Roerig, Oliveira & Fisher
855 West Price Road, Suite 9
Brownsville, TX 78520

Joe S. Owen
Owen & Galloway, PLLC
P.O. Drawer 420
Gulfport, MS 39502-0420

Francisco H. Perez
Louisiana Department of Health
& Hospitals
Bureau of Legal Services
P.O. Box 3836
Baton Rouge, LA 70821

Ethan M. Posner
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004

Diane V. Pradat
Wilkins, Stephens & Tipton, P.A.
P.O. Box 13429
Jackson, MS 39236-3429

Stephen J. Randall
Randall & Schumacher, PLLP
1012 Grain Exchange Building
400 South 4th Street
Minneapolis, MN 55415

D. Brian Rattliff
Bubalo & Hiestand, PLC
401 S. Fourth Street, Suite 800
Louisville, KY 40202

Grady A. Reeves
Cervera, Ralph & Butts
P.O. Box 325
Troy, AL 36081-0325

Philipa M. Remington
Stinnett, Thiebaud & Remington, L.L.P.
1445 Ross Avenue
2500 Fountain Place
Dallas, TX 75202

Joseph C. Rust
Kesler & Rust
36 S. State, Suite 2000
Salt Lake City, UT 84111-1405

Jaime A. Saenz
Rodriguez, Colvin & Chaney
1201 E. Van Buren
Brownsville, TX 78520

Angela M. Seaton
Shook, Hardy & Bacon
2555 Grand Boulevard
Kansas City, MO 64108-2613

David M. Skeens
Walters, Bender, Strohbehn
& Vaughan, P.C.
2500 City Center Square
1100 Main St.
P.O. Box 21688
Kansas City, MO 64196

Leland S. Smith, II
Wilkins, Stephens, & Tipton, P.A.
P.O. Box 13429
Jackson, MS 39236-3429

Kathryn A. Snapka
Snapka, Turman & Waterhouse, LLP
606 North Carancahua, Suite 1511
P. O. Drawer 23017
Corpus Christi, TX 78403

Charles Q. Socha
Socha, Perczak, Setter
& Anderson, P.C.
Denver Financial Ctr., Tower 1
1775 Sherman Street, Suite 1925
Denver, CO 80203

Robert F. Stacy, Jr.
Daniel, Coker, Horton & Bell
P.O. Box 1084
Jackson, MS 39215-1084

Gilbert C. Steindorff, IV
Adams & Reese/Lange Simpson, LLP
2100 3rd Ave., North, Suite 1100
Birmingham, AL 35203-3367

Joseph J. Stroble
Watkins & Eager
The Emporium Building, Suite 300
400 East Capitol Street
P.O. Box 650
Jackson, MS 39205-0650

Jon A. Strongman
Shook, Hardy & Bacon, L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108

John R. Stump
Stump, Storey, Callahan, Dietrich
& Spears, P.A.
37 North Orange Avenue, Suite 200
P.O. Box 3388
Orlando, FL 32802-3388

Gayle L. Tanner
Brown McCarroll
2000 Trammel Crow Center
2001 Ross Avenue
Dallas, TX 75201-6929

Casandra F. Thomas
514-C Woodrow Wilson Avenue
Jackson, MS 39213

Daniel A. Thomas
Humphrey, Farrington & McClain, P.C.
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64050

Tyler S. Thompson
Dolt, Thompson, Shepherd
& Kinney
455 S. 4th Street
310 Starks Building
Louisville, KY 40202

Russell G. Thornton
Stinnett, Thiebaud & Remington, L.L.P.
1445 Ross Avenue
2500 Fountain Place
Dallas, TX 75202

Thomas P. Thrash
Thrash Law Firm
1101 Garland Street
Little Rock, AR 72201-1214

Quentin F. Urquhart, Jr.
Irwin Fritchie Urquhart & Moore, LLC
5555 Hilton Avenue, Suite 620
Baton Rouge, LA 70808

Lawrence D. Wade, Jr.
Campbell, DeLong, Hagwood & Wade
P.O. Box 1856
Greenville, MS 38702-1856

Michael L. Wade, Jr.
Adams & Reese/Lange Simpson, LLP
2100 Third Avenue North
Concord Center, Suite 1100
Brimingham, AL 35203-3367

Paul F. Waldner
Vickery & Waldner, L.L.P.
One Riverway Drive, Suite 1150
Houston, TX 77056

Chris J. Walker
Markow Walker, P.A.
P.O. Box 13669
Jackson, MS 39236-3669

D. Michael Wallach
Wallach Andrews Florsheim & Stouffer
Summit Office Park, Suite 300
1300 Summit Avenue
Fort Worth, TX 76102-4418

William L. Waller, Sr.
Waller & Waller
P.O. Box 4
220 South President Street
Jackson, MS 39205-0004

Navan Ward, Jr.
Beasley, Allen, Crow, Methvin, Portis
& Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Seth S. Webb
Brown & Crouppen, PC
720 Olive Street, Suite 1800
St. Louis, MO 63101

John Gerard Werner
Reaud, Morgan & Quinn, LLP
801 Laurel Street
P.O. Box 26005
Beaumont, TX 77720-6005

Juliette V. Wilson
Currie, Johnson, Griffin, Gaines & Myers
P.O. Box 750
Valley Title Buildilng
315 Tombigbee Street
Jackson, MS 39205-0750

Charles S. Zimmerman
Zimmerman Reed, PLLP
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123

# INVOLVED JUDGES LIST (CTO-3)
## DOCKET NO. 1699
## IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Hon. Lance M. Africk
U.S. District Judge
C-405 Hale Boggs Federal Building
& U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130

Hon. Donald C. Ashmanskas
U.S. Magistrate Judge
1127 Mark O. Hatfield U.S. Courthouse
1000 S.W. Third Avenue
Portland, OR 97204-2902

Hon. Henry E. Autrey
U.S. District Judge
10N Thomas F. Eagleton
U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102

Hon. Carl J. Barbier
U.S. District Judge
U.S. Courthouse
Room C-256
500 Poydras Street
New Orleans, LA 70130

Hon. Lewis M. Blanton
U.S. Magistrate Judge
111 U.S. Courthouse
339 Broadway
Cape Girardeau, MO 63701

Hon. David C. Bramlette
U.S. District Judge
P.O. Drawer 928
Natchez, MS 39121

~~Hon. Frederick R. Buckles~~
~~U.S. Magistrate Judge~~
~~U.S. District Court~~
~~Thomas F. Eagleton U.S. Courthouse~~
~~111 South Tenth Street~~
~~St. Louis, MO 63102-9958~~

Hon. Maurice B. Cohill, Jr.
Senior U.S. District Judge
U.S. Post Office & Courthouse
Seventh Avenue & Grant Street
Room 803
Pittsburgh, PA 15219

Hon. L. Scott Coogler
U.S. District Judge
786 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203-2000

Hon. Randy Crane
U.S. District Judge
U.S. District Court
1701 W. Business Highway 83
Suite 928
McAllen, TX 78501

Hon. Stanwood R. Duval, Jr.
U.S. District Judge
U.S. Courthouse
Room C-368
500 Poydras Street
New Orleans, LA 70130

Hon. Patricia C. Fawsett
Chief Judge, U.S. District Court
611 George C. Young U.S. Courthouse
80 North Hughey Avenue
Orlando, FL 32801

Hon. Martin L.C. Feldman
U.S. District Judge
C-555 U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130

Hon. A. Joe Fish
Chief Judge, U.S. District Court
1528 Earle Cabell Federal Bldg.
& U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242-1003

~~Hon. Audrey G. Fleissig~~
~~U.S Magistrate Judge~~
~~Thomas F. Eagleton U.S. Courthouse~~
~~111 South 10th Street~~
~~Suite 3300~~
~~St. Louis, MO 63102-9958~~

~~Hon. Mark E. Fuller~~
~~Chief Judge, U.S. District Court~~
~~A-300 U.S. Courthouse~~
~~One Church Street~~
~~Montgomery, AL 36104~~

Hon. Thad Heartfield
Chief Judge, U.S. District Court
P.O. Box 949
Beaumont, TX 77004-0949

~~Hon. John G. Heyburn, II~~
~~Chief Judge, U.S. District Court~~
~~239 Gene Snyder U.S. Courthouse~~
~~601 West Broadway~~
~~Louisville, KY 40202~~

Hon. George Howard, Jr.
U.S. District Judge
276 U.S. Post Office & Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

~~Hon. Carol E. Jackson~~
~~Chief Judge, U.S. District Court~~
~~14N Thomas F. Eagleton U.S. Courthouse~~
~~111 South Tenth St., 14th Floor~~
~~St. Louis, MO 63102-1116~~

Hon. Bruce S. Jenkins
Senior U.S. District Judge
421 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101

Hon. Kenneth M. Karas
U.S. District Judge
920 Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Hon. Richard H. Kyle
Senior U.S. District Judge
760 Warren E. Burger Federal Bldg.
316 N. Robert Street
St. Paul, MN 55101

Hon. Mary Ann Vial Lemmon
U.S. District Judge
C-406 U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130

Hon. Stephen N. Limbaugh
Senior U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth St., 3rd Floor
St. Louis, MO 63102-9958

Hon. John W. Lungstrum
Chief Judge, U.S. District Court
517 Robert J. Dole U.S. Courthouse
500 State Street
Kansas City, KS 66101-2436

Hon. Gerard E. Lynch
U.S. District Judge
910 Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007

Hon. Paul A. Magnuson
Senior U.S. District Judge
730 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Victor Marrero
U.S. District Judge
414 Thurgood Marshall U.S. Cthse.
40 Centre Street
New York, NY 10007-1581

Hon. William J. Martini
U.S. District Judge
4069 Martin Luther King, Jr.
Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Hon. Bert W. Milling, Jr.
U.S. Magistrate Judge
301 U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602

Hon Michael B. Mukasey
Chief Judge
United States District Court
2240 Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Thomas C. Mummert, III
U.S. Magistrate Judge
United States District Court
Thomas F. Eagleton
United States Courthouse
111 South Tenth Street
St. Louis, MO 63102-9958

Hon. G. Patrick Murphy
Chief Judge, U.S. District Court
Melvin Price Federal Building
& U.S. Courthouse
750 Missouri Avenue
E. St. Louis, IL 62201-2954

Hon. Catherine D. Perry
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 14th Floor
St. Louis, MO 63102-9958

Hon. Robert B. Propst
Senior U.S. District Judge
P.O. Box 820
Anniston, AL 36202

Hon. Xavier Rodriguez
U.S. District Judge
United States District Court
John H. Wood, Jr. U.S. Courthouse
655 East Durango Blvd.
San Antonio, TX 78206

Hon. Dan M. Russell, Jr.
Senior U.S. District Judge
U.S. District Court
614 Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street
Gulfport, MS 39501

Hon. Thomas B. Russell
U.S. District Judge
307 Federal Building
501 Broadway Street
Paducah, KY 42001

Hon. Howard F. Sachs
Senior U.S. District Judge
7462 Charles E. Whittaker
U.S. Courthouse
400 E. 9th Street
Kansas City, MO 64106

Hon. Michael H. Schneider
U.S. District Judge
U.S. District Court
100 Federal Building
211 West Ferguson Street
Tyler, TX 75701

Hon. L. T. Senter, Jr.
Chief Judge, U.S. District Court
U.S. District Court.
2012 15th Street
Suite 514
Gulfport, MS 39501

Hon. Charles A. Shaw
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 12th Floor
St. Louis, MO 63102-9958

Hon. Rodney W. Sippel
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 10th Floor
St. Louis, MO 63102-1116

Hon. Ortrie D. Smith
U.S. District Judge
7652 Charles E. Whittaker U.S. Courthouse
400 E. 9th Street
Kansas City, MO 64106

Hon. Keith Starrett
U.S. District Judge
U.S. District Court
228 U..S. Courthouse Federal Bldg.
701 N. Main Street
Hattiesburg, MS 39401

Hon. T. John Ward
U.S. District Judge
United States District Court
100 E. Houston Street
Marshall, TX 75670

Hon. E. Richard Webber
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth St., 12th Floor
St. Louis, MO 63102-1116

Hon. Scott O. Wright
Senior U.S. District Judge
8662 Charles Evans Whittaker
U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106

Hon. Lee Yeakel
U.S. District Judge
U.S. Courthouse
200 W. 8th Street
Suite 200
Austin, TX 78701

Hon. William J. Zloch
Chief Judge
United States District Court
202B United States Courthouse
299 East Broward Boulevard
Fort Lauderdale, FL 33332

# INVOLVED CLERKS LIST (CTO-3)
## DOCKET NO. 1699
## IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Charles R. Diard, Jr., Clerk
123 John A. Campbell U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602-3621

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

David J. Maland, Clerk
Jack Brooks Federal Bldg.
& U.S. Courthouse
300 Willow Street, Suite 104
Beaumont, TX 77701

David J. Maland, Clerk
100 East Houston Street, #125
Marshall, TX 75670-4144

David J. Maland, Clerk
106 Federal Building
211 W. Ferguson Street
Tyler, TX 75702

~~Debra P. Hackett, Clerk~~
~~U.S. District Court~~
~~P.O. Box 711~~
~~Montgomery, AL 36101-0711~~

Donald M. Cinnamond, Clerk
740 Mark O. Hatfield U.S. Courthouse
1000 Southwest Third Avenue
Portland, OR 97204-2902

J. Michael McMahon, Clerk
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

J.T. Noblin, Clerk
U.S. District Court
672 Judge Dan M. Russell, Jr.
U.S. Courthouse
2010 15th Street, Suite 403
Gulfport, MS 39501

J.T. Noblin, Clerk
200 U.S. Courthouse & Federal Building
701 North Main Street
Hattiesburg, MS 39401

J.T. Noblin, Clerk
316 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

James W. McCormack, Clerk
402 U.S. Post Office & Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

James Woodward, Clerk
339 Broadway
Cape Girardeau, MO 55415

James Woodward, Clerk
3300 Thomas F. Eagleton
U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102

~~Jeffrey A. Apperson, Clerk~~
~~106 Gene Snyder U.S. Courthouse~~
~~601 West Broadway~~
~~Louisville, KY 40202~~

Jeffrey A. Apperson, Clerk
322 Federal Building
501 Broadway
Paducah, KY 42001

Karen S. Mitchell, Clerk
14A20 Earle Cabell Federal Bldg.
& U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242-1003

Loretta G. Whyte, Clerk
U.S. District Court
102 Versailles Street, Suite 501
Lafayette, LA 70501

Markus B. Zimmer, Clerk
150 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101-2180

Michael N. Milby, Clerk
P.O. Box 5059
McAllen, TX 78502-5059

Norbert G. Jaworski, Clerk
U.S. District Court
P.O. Box 249
E. St. Louis, IL 62202-0249

Patricia L. Brune, Clerk
310 U.S. Courthouse
131 West High Street
Jefferson City, MO 65102

Patricia L. Brune, Clerk
2710 Charles Evans Whittaker
U.S. Courthouse
400 E. Ninth Street
Kansas City, MO 64106

Patricia L. Brune, Clerk
1400 U.S. Courthouse
222 N. John Q. Hammons Parkway
Springfield, MO 65806

Perry D. Mathis, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Ralph L. DeLoach, Clerk
259 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2430

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Robert V. Barth, Jr., Clerk
U.S. District Court
P.O. Box 1820
Erie, PA 16507-0820

Sheryl L. Loesch, Clerk
300 George C. Young U.S. Courthouse
80 North Hughey Avenue
Orlando, FL 32801

William G. Putnicki, Clerk
U.S. Courthouse
200 West 8th Street
Austin, TX 78701

William G. Putnicki, Clerk
John H. Wood, Jr. U.S. Courthouse
655 East Durango Boulevard
San Antonio, TX 78206-1198

William T. Walsh, Clerk
Martin Luther King, Jr. Fed.
Bldg. & U.S. Courthouse
50 Walnut Street, 4th Floor
Newark, NJ 07102